UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BEALS | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| HELMERICH & PAYNE | § | Civil Action No. 4:26-cv-00298 |
| MANAGEMENT, LLC, APACHE | § | |
| CORPORATION, GST, INC. D/B/A | § | |
| GRANT SMITH TRUCKING, INC. and | § | |
| JOHN DOE DEFENDANTS | § | |
| | § | |
| *Defendants*. | § | |

# HELMERICH & PAYNE MANAGEMENT, LLC'S
# MOTION TO DISMISS UNDER RULE 12(b)(6)

Defendant Helmerich & Payne Management, LLC ("H&P Management") respectfully moves to dismiss Plaintiff Christopher Beals's claims against H&P Management for failure to state a claim under Rule 12(b)(6).

Plaintiff's claims for negligence and negligent hiring must fail as a matter of law because Plaintiff has not pled sufficient facts to indicate that H&P Management owed Plaintiff any duty, breached any duty to Plaintiff, or was the proximate cause of any of Plaintiff's alleged damages. Nor has Plaintiff fled facts sufficient to support a claim against H&P Management for negligent hiring or vicarious liability. Accordingly, Plaintiff's negligence, negligent hiring, and vicarious liability claims against H&P Management must be dismissed with prejudice as a matter of law based on Plaintiff's failure to provide fair notice of its claim and factual allegations that would be plausible and rise above mere speculation.

Thus, for the foregoing reasons and the reasons more fully set forth in the attached Memorandum in Support, H&P Management prays that this Honorable Court grant its Motion to Dismiss, thereby dismissing Plaintiff's claims against it with prejudice for failure to state a claim.

Dated: February 16, 2026

Respectfully submitted,

**BAKER & McKENZIE LLP**

 /s/ Meghan E. Hausler
M. Michelle Hartmann
*Attorney-in-Charge*
State Bar No. 24032402
S.D. Texas Bar No. 4557758
michelle.hartmann@bakermckenzie.com
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEY-IN-CHARGE FOR DEFENDANT HELMERICH & PAYNE MANAGEMENT, LLC**

OF COUNSEL:

Meghan E. Hausler
State Bar No. 24074267
S.D. Texas Bar No. 1553479
meghan.hausler@bakermckenzie.com
Carson J. Henderson
State Bar No. 24138122
S.D. Texas Bar No. 3874144
carson.henderson@bakermckenzie.com
**BAKER & MCKENZIE, LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**CERTIFICATE OF SERVICE**

       On February 16, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                            */s/ Meghan E. Hausler*
                                            Meghan E. Hausler