United States District Court
Southern District of Texas

**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER BEALS,<br>*Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:26cv00298 |
| HELMRICH & PAYNE MANAGEMENT,<br>LLC, ET AL.,<br>*Defendant.* | § § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 15, 2026 (Dkt. 40) and no party having filed objections, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Christopher Beals' Motion to Remand (Dkt. 9) is **GRANTED**.

It is further **ORDERED** that this case is **REMANDED** to the 164th Judicial District Court of Harris County, Texas, from which it was removed.

The Clerk will provide a copy of this Order to the District Clerk of Harris County, Texas.

**SIGNED** at Houston, Texas this **30th** day of June, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE